COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO.
02-11-00452-CV

 

 


 
 
 Javier
 Davila
  
  
 v.
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
 
 
 From
 Criminal District Court No. 4
  
 of
 Tarrant County (1247096W)
  
 November
 15, 2012
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

         
This court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed
for want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 




 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00446-CV

NO.
02-11-00447-CV

NO.
02-11-00448-CV

NO.
02-11-00449-CV

NO.
02-11-00450-CV

NO.
02-11-00451-CV

NO.
02-11-00452-CV

 

 


 
 
 Javier Davila
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 APPELLEE
 
 


 

 

----------

FROM Criminal
District Court No. 4 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

On
October 21, 2011, appellant Javier Davila filed a notice of appeal challenging
the trial court’s orders to withdraw funds from his inmate trust account in
seven separate trial court cause numbers.  Because we were unable to
determine whether appellant’s rights to due process had been satisfied based on
the record before us, we abated the appeals on November 15, 2011 for 180 days
so that appellant could obtain appealable orders from the trial court.  See,
e.g., Palomo v. State, 322 S.W.3d 304, 307–08 (Tex. App.––Amarillo 2010, order)
(abating appeal to allow appellant time to file an appropriate motion to
modify, correct, or rescind the withdrawal notification and obtain a final,
appealable order addressing that motion), disp. on merits, 330 S.W.3d 920 (Tex. App.––Amarillo 2010, no pet.); see also
Tex. R. App. P. 27.2.

On
June 13, 2012, we sent appellant a letter informing him that the appeals had
been reinstated but that the trial court had not rendered any appealable
orders.  We told appellant that if we did not receive any written,
appealable orders or a response indicating that appellant would obtain such
orders on or before June 25, 2012, the appeals would be dismissed for want of
jurisdiction.  We have received no response, and no appealable orders have
been rendered in the trial court.

Because there are no appealable orders for
this court to review, we dismiss the appeals for want of jurisdiction.  See
Tex. R. App. P. 42.3(a), 43.2(f); Davis v. State, No. 02-11-00016-CV,
2011 WL 5247505, at *1 (Tex. App.––Fort Worth Nov. 3, 2011, no pet.) (mem.
op.).

 

PER CURIAM

 

PANEL:  LIVINGSTON, C.J.;
DAUPHINOT and GARDNER, JJ.

 

DELIVERED: 
November 15, 2012

 

 














[1]See
Tex. R. App. P. 47.4.